EPS Judicial Process Service, Inc.
29-27 41st Avenue, Suite 812
Long Island City, NY 11101
Telephone: 718-472-2900
Facsimile: 718-472-2909

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
CASTLERIGG MASTER INVESTMENTS LTD.
AND SANDELL ASSET MANGEMENT CORP.,                Index No. 07 CV 3283
                                                                                  AFFIDAVIT OF SERVICE
                                Plaintiff(s),

          -against-

DEVCON INTERNATIONAL CORP.,

                                Defendant(s).
-------------------------------------------------------------------X
STATE OF FLORIDA          )
                                        :S.S.:
COUNTY OF BROWARD  )

          PENNIE CAIN, being duly sworn, deposes and says:

          I am not a party to this action, am over the age of eighteen years of age and reside in the State of Florida.

          I am an agent for EPS Judicial Process Service, Inc. and received the Summons in a Civil Case, Complaint, Civil Cover Sheet and Rule 7.1 Statement for the above entitled-action to be served upon Devcon International Corp., defendant herein named.

          On the 25th day of April, 2007, at approximately 1:05 p.m. at 595 South Federal Highway, Suite 500, Boca Raton, I served true copies of the SUMMONS IN A CIVIL CASE, COMPLAINT, CIVIL COVER SHEET and RULE 7.1 STATEMENT, in the above entitled-action, upon DEVCON INTERNATIONAL CORP., defendant herein named, by personally delivering to and leaving thereat true copies of the above mentioned documents with Jeanette McMillan. At time of service, Ms. McMillan identified herself as the Director of Communication Relations for Devcon International

Corp. and as a person authorized to accept service of process for Devcon International Corp.

Ms. McMillan is a Caucasian female, approximately 45 years of age, 5'5' tall, 120 lbs with light hair and light eyes.

Sworn to before me this,
25th day of April, 2007

_____
NOTARY PUBLIC

_____
PENNIE CAIN

Harvey Joel Finkel
Commission #DD314425
Expires: Apr 28, 2008
Bonded Thru
Atlantic Bonding Co., Inc