**BICKEL & BREWER**
William A. Brewer III (WB 4085)
Holly Froum (HF 0705)
767 Fifth Avenue, 50th Floor
New York, New York 10153
(212) 489-1400
**Attorneys for Defendant Devcon International Corp.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| CASTLERIGG MASTER INVESTMENTS LTD. and SANDELL ASSET MANAGEMENT CORP., | Civ. No. 07 CV 3283 (PKC) |
| Plaintiffs, | **RULE 7.1 STATEMENT** |
| - against – | |
| DEVCON INTERNATIONAL CORP., | |
| Defendant. | |

-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable the District Judge of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant, Devcon International Corp. (a private non-governmental party), certifies that Defendant is a corporation publicly traded on the NASDAQ National Market System. Further, Defendant has no parent corporation, and no publicly held corporation owns 10% or more of Defendant's stock.

Dated: New York, New York  
May 14, 2007

Respectfully submitted,

**BICKEL & BREWER**

By: *Holly Froum*  
William A. Brewer III (WB 4085)  
Holly R. Froum (HF 0705)

767 Fifth Avenue, 50th Floor  
New York, New York 10153  
(212) 489-1400

**ATTORNEYS FOR DEVCON INTERNATIONAL, CORP.**

5132710.2  
2041-02