BICKEL & BREWER
William A. Brewer III (WB 4805)
Alexander D. Widell (AD 3934)
767 Fifth Avenue, 50th Floor
New York, New York 10153
(212) 489-1400
*Attorneys for Defendant Devcon International Corp.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

CASTELRIGG MASTER INVESTMENTS, LTD.,   :
SANDELL ASSET MANAGEMENT CORP.,        :
                                        :      C.A. No. 07-CV-3283
          Plaintiffs,                   :      NOTICE OF APPEARANCE
                                        :
   - against –                          :
                                        :
DEVCON INTERNATIONAL CORP.,             :
                                        :
          Defendant.                    :
-------------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that ALEXANDER D. WIDELL, of the law firm of Bickel & Brewer, 767 Fifth Avenue, 50th Floor, New York, New York 10153, hereby appears in this case for defendant Devcon International Corp. Counsel respectfully requests that all notices given or required to be given in this case by the Court, the Plaintiffs, and/or any other parties in interest in this case be served upon Bickel & Brewer at the address and telephone number set forth below.

Dated: May 31, 2007
       New York, New York

Respectfully submitted,
**BICKEL & BREWER**

By: /s/ Alexander D. Widell
William A. Brewer III (WB 4805)
Alexander D. Widell (AW 3934)
767 Fifth Avenue, 50th Floor
New York, New York 10153
Telephone: (212) 489-1400
*Attorneys for Defendant Devcon International Corp.*

5133759.1
2041-02