**BICKEL & BREWER**
Holly Froum (HF 0705)
767 Fifth Avenue, 50th Floor
New York, New York 10153
(212) 489-1400
*Attorneys for Defendant Devcon International Corp.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
CASTLERIGG MASTER INVESTMENTS LTD.  :
and SANDELL ASSET MANAGEMENT        :
CORP.,                              :
                                    :
            Plaintiffs,             :
                                    : Civil Action No.  07 CV 3283 (PKC)
   - against –                      :
                                    : ORDER FOR ADMISSION PRO
DEVCON INTERNATIONAL CORP,          : HAC VICE
                                    :
            Defendant.              :
                                    :
------------------------------------------------------------x

Upon the motion of HOLLY FROUM, of the Law Firm of Bickel & Brewer, 767 Fifth Avenue, 50th Floor, New York, New York 10153, attorneys for Defendant, Devcon International Corp., in the above captioned matter, and said sponsor attorney's affidavit and annexed exhibits in support, and this motion having been unopposed:

**IT IS HEREBY ORDERED** on this 31st day of May, 2007, that:

| | |
|---|---|
| Applicant's Name: | Michael Smith |
| Firm Name: | BICKEL & BREWER |
| Address: | 4800 Bank One Center |
| | 1717 Main St. |
| City/State/Zip: | Dallas, Texas 75201 |
| Phone: | (214) 653 - 4000 |
| Fax: | (214) 653 -1015 |
| Email: | mls@bickelbrewer.com |

is admitted to practice *pro hac vice* as counsel for Defendant, Devcon International Corp., in the above captioned case in the United States District Court of the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: May 31, 2007
New York, New York

_____
United States District Court
Judge/~~Magistrate Judge~~

5132715.3
2041-02