UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
Castlerigg Master Investments Ltd.

        Plaintiff,

    -against-

Devcon Int'l Corp.
        Defendant
_____x

07 Civ. 3283 (PKC)

**ORDER OF DISMISSAL**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/07
```

    The Court having been advised that all claims asserted herein have been settled, it is

    **ORDERED**, that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within ninety (90) days if the settlement is not consummated. Any pending motions are moot.

                          P. Kevin Castel
                      **United States District Judge**

Dated: New York, New York
       July 16, 2007